IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID RICE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:83CV684 |
| v. | ) | |
| | ) | |
| HAROLD CLARKE, et al., | ) | |
| | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the Douglas County Attorney's Ex Parte Request for an Extension of Temporary Loan of Court Records, Filing No. 103. The records are relevant to an ongoing state court post-conviction matter. The court finds the motion should be granted. Accordingly,

IT IS ORDERED that the Douglas County Attorney's motion is granted. The Douglas County Attorney shall return such file to the Clerk's Office on or before July 20, 2006.

DATED this 13th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge