IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID RICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  4:83CV684 |
| | ) |
| HAROLD CLARK, | ) |
| | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on the <u>ex parte</u> request of Assistant Federal Public Defender John Vanderslice for an Order releasing the court file in the above-captioned matter to him so that the same may be reviewed in conjunction with a related state post-conviction matter in Edward Poindexter's case.  Being fully advised in the premises, the Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the United States District Court shall release the above-captioned case file to AFPD Vanderslice (including the FPD's staff) to be returned to the clerk's office no later than December 1, 2006.

Dated this 22nd day of November, 2006.

BY THE COURT:

_____
s/ Joseph F. Bataillon
Chief United States District Judge